## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-10060-CIV-KING/REID

ERIC LEE KINCAID,

      Plaintiff,

v.

MONROE COUNTY DETENTION CENTER,
et al.,

      Defendants.

_____/

### ORDER AFFIRMING REPORT OF MAGISTRATE JUDGE
### AND DISMISSING CASE

      THIS CAUSE comes before the Court upon the filing of a Report of Magistrate

Judge Lisette M. Reid **(D.E. #8)** filed October 14, 2020, in the above-styled case.

      Accordingly, upon review of the record, it is hereby

      ORDERED and ADJUDGED as follows:

      1)     That the Magistrate's Report and Recommendation be, and the same is

hereby, **AFFIRMED**.

      2)     That any pending motions are hereby DENIED AS MOOT.

      3)     That the above-styled case be, and the same is hereby **DISMISSED**,

pursuant to 28 U.S.C. § 1915(e)(2)(B).

      4)     That the Clerk shall **CLOSE** this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 15th day of October, 2020.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Lisette M. Reid

Eric Lee Kincaid, Pro Se
19019539
Monroe County Jail
Inmate Mail/Parcels
5501 College Road
Key West, FL 33040